**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: S.W., A MINOR   : No. 653 MAL 2014
:
: Petition for Allowance of Appeal from the
PETITION OF: S.W., A MINOR        : Order of the Superior Court
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.